UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

vs.  Case No.   8:23-mj-2410 AEP

**VALERIE SUE RUSHING**

_____

## ORDER OF REMOVAL

The defendant, **VALERIE SUE RUSHING** having been apprehended in the Middle District of Florida, Tampa Division, on a warrant(s) issued in the DISTRICT OF COLUMBIA and subsequently having been released on bond, the Defendant(s) is/are hereby,

ORDERED to personally appear at the United States Courthouse in the District of Columbia when noticed.

DONE and ORDERED at Tampa, Florida this 9th day of November 2023.

_____
ANTHONY E. PORCELLI
United States Magistrate Judge